New York and Greenwood Lake Ry. Co. *v.* Daly.

HELEN AMES, appellant,    .    | 57a 347 |
                                           | 59  545 |

*v.*

. . THE TRENTON BREWING COMPANY et al., respondents.

. On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *Ames* v. *Trenton Brewing Co., 11 Dick. Ch. Rep. 309.*

*Mr. Clarence T. Atkinson,* for the appellant.

*Mr. John T. Van Cleef,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—COLLINS, DEPUE, DIXON, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH—11.

*For reversal*—None.